AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

GABRIEL M. WILLIAMS

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __February 2, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __SPECIAL AGENT JENNELL B. BOGGS__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT JENNELL B. BOGGS**
**DRUG ENFORCEMENT ADMINISTRATION**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                      City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer