UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-60 (ESH)** |
| v. | : | GRAND JURY ORIGINAL |
| **GABRIEL M. WILLIAMS,** | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |
| | : | 21 U.S.C. §853(a)(2) |
| | : | (Criminal Forfeiture) |

# S U P E R S E D I N G  I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about February 2, 2006, within the District of Columbia, **GABRIEL M. WILLIAMS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about February 2, 2006, within the District of Columbia, **GABRIEL M. WILLIAMS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about February 2, 2006, within the District of Columbia, **GABRIEL M. WILLIAMS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One and Two of this Indictment which is incorporated herein, firearms, that is, a H&K .45 caliber handgun, a Texas Defender .44 magnum handgun, and a Glock .40 caliber handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about February 2, 2006, within the District of Columbia, **GABRIEL M. WILLIAMS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Maryland, Criminal Case No. 4D00073392, did unlawfully and knowingly receive and possess a firearm, that is, a H&K .45 caliber handgun, a Texas Defender .44 magnum handgun, and a Glock .40 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, 9mm ammunition, and .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## **FORFEITURE ALLEGATION UNDER 21 U.S.C. § 853(a)(2)**

The violations alleged in Counts One and Two of this Indictment are re-alleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853(a)(2).

As a result of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States any property used, or intended to be used in any manner or part, to commit, or facilitate the commission of the violations specified in Counts One and Two including, but not limited to:

> Real Property:
>
> Lot numbered three (3) in block numbered seven (7) in a subdivision known as Manning Heights, as per plat recorded in liber county 10 at folio 65 in the office of the surveyor for the District of Columbia; said block seven (7) being now known for purposes of assessment and taxation as square 5090. Now known as lot 0003, square 5090. Property address: 4221 Edson Place, N.E., Washington, D.C. 20019

By virtue of the commission of the felony offense charged in Counts One and Two of this Indictment, any and all interest that the defendant has in property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of a violation of Title 21, United States Code, Section 841 is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853(a)(2).

If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(2), as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture.

    (**Criminal Forfeiture**, in violation of Title 21, United States Code, Sections 853(a) and 853(p); Fed. R. Crim P. 32.2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.