UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                             :

      v.                       :      CRIMINAL No.  06-CR-06

                             :              (RJL)

GABRIEL WILLIAMS           :

                             :

## AFFIDAVIT

COMES NOW the Affiant herein, Karen Silver, Esquire, being duly sworn, and does hereby depose and swear as follows:

1. That the undersigned Affiant is a member of the Maryland and District of Columbia State and Federal Bars.

2. That on November 28, 1998 a traffic stop of Gabriel Williams' 1988 BMW bearing D.C. Registration AJ3301 resulted in a search of said vehicle. Gabriel Williams was carrying a handgun in an enclosed case in the trunk of his vehicle.

3. That the said undersigned attorney Affiant represented Gabriel Williams on January 22, 1999 in the District Court for Montgomery County, Case No. 4D0073392 before the Honorable Eric M. Johnson.

4. That in Case No. 4D0073392 Gabriel Williams plead guilty to transportation of a handgun by vehicle and was given one (1) year probation commencing January 22, 1999 and fined Two Hundred Dollars ($200) plus Court costs and C.I.C.F., totaling Two Hundred Fifty-five Dollars ($255). A copy of the Statement of Charges, Trial Summary and Probation Summary in the District Court case is attached hereto and incorporated by reference herein.

5. That under Article 27, Section 36B(b) of the 1996 Annotated Code of Maryland, Unlawful Transporting of Handgun: Penalties: Any person who … transports any handgun … shall be guilty of a MISDEMEANOR; and, it shall be a rebuttable presumption that the person is knowingly transporting the  handgun and on conviction of the MISDEMEANOR shall be fined or imprisoned as follows:  (i) If the person has not previously been convicted of unlawfully … transporting a handgun … he shall be fined not less than Two Hundred Fifty Dollars nor more

than Twenty-five Hundred Dollars or be imprisoned or sentenced to the Maryland Division of Correction for a term of not less than 30 days nor more than three years, or both. A copy of Article 27, Section 36B, 1996 Annotated Code of Maryland is attached hereto and incorporated by reference herein.

6. That Gabriel Williams is a high school graduate, Class of 1991. He graduated from ATI Culinary Arts School, now Straffer College in May 1999. His dream was to have a restaurant of his own some day. He was co-owner of a small towing company when I represented him. He has done work at the Kennedy Center for their annual Gala and he has done volunteer work for Martha's Kitchen in the late 1980's and early 1990's. He has a strong work ethic and is a gentle non-violent person. He was present and showed-up early for all Court hearings and trial; therefore, in my opinion is not a flight risk. Furthermore, he has strong ties to the community.

Respectfully Submitted,

Karen S. Silver
103 North Adams Street
Rockville, Maryland  20850
D.C. Bar No.: 314524
(301) 762-6689
(301) 896-8864

STATE OF MARYLAND                          :
                                                            :
COUNTY OF MONTGOMERY COUNTY   :         To Wit

    I HEREBY CERTIFY that on this _3rd_ day of _April_____, 2006. before me, a notary public in and for the State and County aforesaid, personally appeared Karen S. Silver after being sworn, made oath in due form of law under the penalties of perjury that the matters and facts set forth in the aforegoing Affidavit are true and correct as therein stated and acknowledged said Affidavit to her voluntary act and deed.

My Commission expires:

_11/1/06_____

Notary Public



# District Court of Maryland for Montgomery County

CCR: T981785    DATE: 11/28/1998

TIME: 5:53

RELATED CASE(S):

LOCATED AT (COURT ADDRESS)

DISTRICT COURT
CASE NUMBER

| DEFENDANT'S NAME (LAST,FIRST,M.I) | |
|---|---|
| WILLIAMS, GABRIEL M | DEFENDANT |

| COMPLAINANT | DEFENDANT |
|---|---|

| NAME (LAST,FIRST,M.I) | TITLE | NAME (LAST, FIRST, M.I) | TITLE |
|---|---|---|---|
| FRISHKORN, DANIEL, N | SGT | WILLIAMS, GABRIEL M | |

| AGENCY | SUB-AGENCY | I.D.NO.(POLICE) | MAFIS NAME (LAST, FIRST, M.I) | TITLE |
|---|---|---|---|---|
| DM | TP | 217 | | |

| | | | I.D.NO. | RACE | SEX | HT. | WT. | D.O.B.(MM/DD/YY) |
|---|---|---|---|---|---|---|---|---|
| | | | | B | M | 6/2 | 200 | 12/7/72 |

| WORK TELEPHONE | HOME TELEPHONE | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|---|
| (301 )2701100 | ( ) | BLK | BRO | |

| ADDRESS | APT.NO. | WORK TELEPHONE | HOME TELEPHONE |
|---|---|---|---|
| TAKOMA PARK POLICE | 7500 MAPLE AVENUE | ( ) | (301 )2701751 |

| | | | ADDRESS | APT.NO. |
|---|---|---|---|---|
| | | | 7519 MAPLE AV | #3 |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| TAKOMA PARK | MD | 20912 | TAKOMA PARK | MD | 20912 |

☐DOMESTIC VIOLENCE    ☐HATE CRIME    Page 1 of __1__

## STATEMENT OF CHARGES

### IT IS FORMALLY CHARGED THAT THE DEFENDANT

| 1 | CJIS CODE 1 0175 | AR | ON OR ABOUT (DATE) 11-28-98 | AT (PLACE) PHILADELPHIA AVE AT CHESTNUT AVE TAKOMA PARK, MONTGOMERY COUNTY, MARYLAND |
|---|---|---|---|---|

... did wear, carry and knowingly transport a handgun in a vehicle upon the public roads, highways, waterways, airways and parking lots generally used by the public.

| IN VIOLATION OF: ☑MD. ANN. CODE | ART. 27 | SEC. 36B | ☐COMMON LAW OF MD. | ☐PUB. LOCAL LAW | ART. | SEC. | | PROBABLE CAUSE | Y | N |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐COMAR / AGENCY CODE NO. | | | ☐ORDINANCE NO. | | AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE | | COMMISSIONER INITIALS: | ID NO. | | |

| 2 | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|

| IN VIOLATION OF: ☐MD. ANN. CODE | ART. | SEC. | ☐COMMON LAW OF MD. | ☐PUB. LOCAL LAW | ART. | SEC. | | PROBABLE CAUSE | Y | N |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐COMAR / AGENCY CODE NO. | | | ☐ORDINANCE NO. | | AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE | | COMMISSIONER INITIALS: | ID NO. | | |

☐CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | | |
|---|---|---|
| DATE 11/28/1998 | PEACE OFFICER SGT. D. Frishkorn | |
| AGENCY TP | SUB-AGENCY DM | I.D.NO. 217 |


TRACKING NO.


CBF NO.

FORM DC/CR 2 ( Rev 7/94 )



PAGE 1
Room: 0002
Date: 01/22/99
Time: 11:43 am

# DISTRICT COURT OF MARYLAND FOR  Montgomery County

Located at 8665 Georgia Ave, Silver Spring, MD 20910-3405

Case No. 4D00073392

STATE OF MARYLAND　　　　VS　　　WILLIAMS, GABRIEL M
　　　　　　　　　　　　　　　　　　　　7519 MAPLE AV #3
　　　　　　　　　　　　　　　　　　　　TAKOMA PARK, MD, 209120000

CC #:00T9817857 SID:　　　　Loc I.D.
Eyes: BRN　　Hair: BLK
Race: 1　　Sex: M　　Height: 6'02"　　Weight: 200
DOB: 12/07/72

## DEFENDANT TRIAL SUMMARY

The above case was heard today, 01/22/99 by Judge ERIC MAURICE JOHNSON.

The Court's finding is as follows:

001　HANDGUN IN VEHICLE　　　　Plea - GUILTY　　　　Verdict - GUILTY
　　　Sentence 3 yrs., Suspended 3 yrs..
　　　Probation for 1 yr., commencing today, to be supervised by the Division of Parole and Probation.
　　　Criminal fine $2,500.00, $2,300.00 suspended.

Criminal costs $20.00;　CICF $35.00.

**Total criminal fines and costs $255.00,　$255.00 due today.**

I UNDERSTAND THE VERDICT AND SENTENCE OF THE COURT AND PROMISE TO COMPLY
AS ORDERED:

To observe and follow all conditions of probation as indicated above and/or on the attached
Defendant Probation Summary.

The Division of Parole and Probation is located at  8665 GEORGIA AVENUE, SILVER SPRING, MARYLAND 20910.

01/22/99　Defendant _____ ( WILLIAMS, GABRIEL M )

**FAILURE TO COMPLY WITH ANY OF THE REQUIREMENTS ORDERED BY THE COURT MAY
RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST AND/OR, IF THE VIOLATION
IS A MOTOR VEHICLE OFFENSE, YOUR DRIVER'S LICENSE BEING SUSPENDED.**

Tracking No. 986039108110

Date: 01/22/99
Time: 11:43 am



# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 8665 Georgia Ave, Silver Spring, MD 20910-3405              Case No. 4D00073392

STATE OF MARYLAND      VS      WILLIAMS, GABRIEL M
7519 MAPLE AV #3
TAKOMA PARK,MD, 209120000

CC #:00T9817857 SID:                    Loc I.D.
Eyes: BRN    Hair: BLK
Race: 1    Sex: M    Height: 6'02"    Weight: 200
DOB: 12/07/72

## DEFENDANT PROBATION SUMMARY

**The Court's finding is as follows:**

**Your probation will be SUPERVISED by the Division of Parole and Probation.**

**You must follow all probation conditions described below:**

Standard Conditions:

1. Report as directed and follow your Supervisor's lawful instructions.
2. Pay P&P Supervision Monthly Fee of $25.00.
3. Work or attend school regularly as directed.
4. Get permission from your Supervisor before: changing your home address, changing your job, leaving the State of Maryland, owning, possessing, using or having under your control any dangerous weapon or firearm of any description.
5. Obey all laws and incur no serious motor violation.
6. Notify your Supervisor at once if charged with a criminal offense and/or jailable traffic offenses.
7. Permit your Supervisor to visit your home unannounced.
8. Do not illegally possess, use, or sell any narcotic drug, controlled substance or related paraphernalia.
9. Appear in court when notified to do so.

Special Conditions:

10. Pay all fines, costs, restitution, and fees as ordered by the Court.
14. Submit to alcohol and drug evaluation, testing, and treatment as directed by your Supervisor and pay any required costs.

Your first appointment with the Supervising Agency is _____ and the place to report is
**Division of Parole and Probation**
8665 GEORGIA AVENUE SILVER SPRING, MARYLAND 20910.

I have read, or have had read to me, the above conditions of probation. I understand these conditions and agree to follow them. I understand that if I do not follow these conditions, I could be returned to Court charged with a violation of probation.

01/22/99    Defendant _____    ( WILLIAMS, GABRIEL M )

Tracking No. 986039108110

Case 1:06-cr-00060-RJL    Document 8-2    Filed 04/17/2006    Page 6 of 24

## § 36B. Wearing, carrying or transporting handgun; unlawful use in commission of crime.

(a) *Declaration of policy.* — The General Assembly of Maryland hereby finds and declares that:

(i) There has, in recent years, been an alarming increase in the number of violent crimes perpetrated in Maryland, and a high percentage of those crimes involve the use of handguns;

(ii) The result has been a substantial increase in the number of persons killed or injured which is traceable, in large part, to the carrying of handguns on the streets and public ways by persons inclined to use them in criminal activity;

(iii) The laws currently in force have not been effective in curbing the more frequent use of handguns in perpetrating crime; and

(iv) Further regulations on the wearing, carrying, and transporting of handguns are necessary to preserve the peace and tranquility of the State and to protect the rights and liberties of its citizens.

(b) *Unlawful wearing, carrying, or transporting of handguns; penalties.* — Any person who shall wear, carry, or transport any handgun, whether concealed or open, upon or about his person, and any person who shall wear, carry or knowingly transport any handgun, whether concealed or open, in any vehicle traveling upon the public roads, highways, waterways, or airways or upon roads or parking lots generally used by the public in this State is guilty of a misdemeanor; and it shall be a rebuttable presumption that the person is knowingly transporting the handgun; and on conviction of the misdemeanor shall be fined or imprisoned as follows:

(i) If the person has not previously been convicted of unlawfully wearing, carrying or transporting a handgun in violation of this section, or of unlawfully using a handgun in the commission of a crime in violation of subsection (d) of this section, or of unlawfully carrying a concealed weapon in violation of § 36 of this article, or of unlawfully carrying a deadly weapon on public school property in violation of § 36A of this article, he shall be fined not less than two hundred and fifty ($250.00) dollars, nor more than twenty-five hundred ($2,500.00) dollars, or be imprisoned in jail or sentenced to the Maryland Division of Correction for a term of not less than 30 days nor more than three years, or both; provided, however, that if it shall appear from the evidence that the handgun was worn, carried, or transported on any public school property in this State, the court shall impose a sentence of imprisonment of not less than 90 days.

(ii) If the person has previously been once convicted of unlawfully wearing, carrying or transporting a handgun in violation of this section, or of unlawfully using a handgun in the commission of a crime in violation of subsection (d) of this section, or of unlawfully carrying a concealed weapon in violation of § 36 of this article, or of unlawfully carrying a deadly weapon on public school property in violation of § 36A of this article, he shall be sentenced to the

96

March 29, 2006

To The Honorable Richard Leon, United States District Judge for the United States District court for the District of Columbia:

My name is Adama Wilson. I am a full time graduate student and a transplant to the Washington DC area from California. I work in the human resources field as a recruiter, trainer and benefits assistant for a Virginia based government contractor. I have lived and worked in the HR field in Washington D.C. for over 5 years and although I love the Washington D.C. area, at times I find this to be a hard city to meet dependable friends. I consider myself a good judge of character however it is always a blessing when you meet people who you know will remain in your lives because they are good people.

I was fortunate enough to be introduced to Gabrielle Williams by a life long friend, Tamar Anthony. From the first time I was introduced, Gabrielle has proven himself to be a trustworthy gentlemen and a great friend. I formed a close friendship with Gabrielle and I have learned from him on how to lend a hand and to be a constant source of support if ever I needed it. As a single woman in Washington D.C., I found that Gabrielle has been a tremendous source of support for everyday mundane tasks to spur of the moment emergencies. I know that I can count on Gabrielle and trust his word and his promise to do things for me without Gabrielle ever asking for anything in return. I can vouch for Gabrielle to be a responsible and reliable person. In no way, have I ever witnessed Gabrielle being a danger to himself or to the community. He has been the total opposite in my experiences and I know that if given the opportunity, Gabrielle will be a man of his word. Conversely, Gabrielle has reached out to me to improve his employment situation and to enhance and train him on the needed skills to make himself more attractive to employers. Gabrielle is one who took the initiative to become employed by researching various fields to see what skills he had that would be marketable. Gabrielle did this with support and encouragement from me, however, the determination to improve his life was all his own. I believe that Gabrielle is truly on a path to self improvement.

I will continue to have Gabrielle as a lifelong friend. He is a responsible and dependable person; one whom I will stand up for and state with my reputation the fact that he is a good, kind and trustworthy individual. I consider myself proud to know Gabrielle and to offer my words of support and friendship to his cause. If there is any further information that I can give that will be of any assistance to vouch for Gabrielle's character, please contact me at once at (202) 459-1945.

Sincerely,

Adama Wilson

To Whom It May Concern:

Re: Letter of Reference for Mr. Gabriel Williams

Allow me to introduce myself, my name is Keith D. Lewis. I am originally from Buffalo, New York, but have been a resident of the District of Columbia for the last thirty years. I have a Masters Degree in Social Work. I am licensed as an Independent Clinical Social Worker. My current employment status is as a Trainer with the District of Columbia's Child and Family Services Agency where I have been for the last twenty–six consecutive years. I am also a proud father of a twelve year old daughter and if I may add a deeply spiritual person. I am including this type of information about my background, with the hope that it might be helpful in establishing who I am as a person and author of this message.

I reside at 5521 Colorado Ave., N.W. Washington, D.C. I have lived at this address since November 1, 1982. I am well known, liked and respected in my community. This is where I first met Mr. Williams, who is also affectionately known as "Brother Gabe", approximately ten years ago. Gabriel is someone that I like, admire, trust, respect and consider to be a "true friend". I regret the difficulties of his current circumstances.

Gabriel is one of only a few individuals that I've spent a lot of time with socially. We go to the movies, dinner, bowling, and sporting events. Gabe is a kind, gentle and generous person with friends and family, particularly his son, Gabriel, Jr. and his mother, Yvette. I have seen him share this generosity with strangers as well. I witnessed his giving money to the homeless, and feeding beggars on the street.

Gabriel is of strong character and integrity. I believe that he is a trustworthy person who would be responsible for keeping his commitment to appearing for his court dates if released. He has proven to be reliable on many occasions with family and friends. I have been stranded with car trouble, called him, to have him respond without hesitation. Keeping the old adage true that "A friend in need is a friend in deed".

Mr. Gabriel Williams is not a violent or aggressive person. It is my belief that he poses neither a threat nor any danger to anyone or to the community as a whole. So please – to the powers that be who receive this letter of reference, hear my plea to be understanding, reasonable, and compassionate with regard to your decision to have him be released. I can only trust that God will make a way for him. Your sincere consideration to this matter is greatly appreciated.

God Bless,

*Keith D. Lewis*

Keith D. Lewis

Tuesday, April 04, 2006

Modupe Akinsika
3502 Community Drive
Forestville, MD 20747

United States District Judge
 For US District Court of the District of Columbia
Attn: Honorable Richard Leon
Washington, DC

Your Honor,

My name is Modupe Akinsika. I graduated from Bowie State University where I
received my bachelors' degree in Accounting; thereafter I received my MBA from
Webster University in June 2005. My career in auditing began in 1999, and I currently
work as a Senior Auditor for the federal government.

I am writing this letter on behalf of my dear friend Gabriel Williams. I was introduced
Mr. Williams through a family friend in April 1997. When I first met Mr. Williams he
was genuinely calm and appeared to be an intriguing individual with a wonderful
personality. We instantly became friends and have remained good friends since. I can
confirm that Mr. Williams is still that same individual today. As friends, Mr. Williams
and I have attended social functions, cookouts, dinners, and more among other friends. I
can rely on Mr. Williams for anything and as of yet he has never disappointed me.

With the recent events that have occurred, it is unfortunate that Mr. Williams has been
incarcerated. I highly recommend that Mr. Williams is granted bail as he will fulfill all
legal requests and attend all his scheduled court hearings. He is a man of great trust and
integrity, extreme dedication to his family and friends, and is entirely peaceful-loving. I
do believe that my friend is in no way a threat to the society and will never present any
danger to anyone.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Modupe Akinsika

Nakia L. Sutton
7237 Morrison Drive
Greenbelt, MD 20770

March 21, 2005

To whom it may concern:

My name is Nakia M. Sutton and I am a Montgomery County School teacher. I have been teaching since I graduated from Morgan State University in 1999, with a degree in early childhood education. After teaching and guiding adolescents for so many years, I have realized that the most important part of my job is preparing children for life. Preparation for this life does not only require education, but an individual with strong character. One that has the ability to handle the curve balls that life often throws us. One who is concerned for the welfare of others, and one who puts others needs before their own. With that, I write this letter on behalf of my dear friend, Mr. Gabriel M. Williams. Gabriel is an individual who understands the importance of giving in order to receive, and loving thy neighbor.

I have known Mr. Williams for over six years. I was introduced to Gabriel as result of his long time friendship with my husband, Curtis. Although Gabriel is no blood relation to me, we consider each other family because we have known each other for such a long period of time. He was there for me at my college graduation, and the best man in my wedding. We have also been there for one another through the births and accomplishments of our children.

Gabriel has been a reliable and understanding friend for many years. We have given advice to one another when life has confronted us with challenging situations. He has proven himself to be a supportive friend, father, and all around person. Gabriel is not the type of person to cause harm to another human, it is easy for me to describe him as kind-hearted and gentle by nature.

I only wish the very best for him and his family through this trying situation. His loving nature and giving ways should not be overlooked, as he has earned and deserves to be described in that manner. I am one that truly believes that a person should be judged by the content of their character, and Gabriel has exhibited the type of character traits that make him an asset to our community.

Sincerely,

Mrs. Nakia L. Sutton

Prem Deben Williams
8600 16th St. #1012
Silver Spring, Md. 20910

3/22/06

Honorable Judge of the Court or
To Whom It May Concern:

I am the father of Gabriel Maakwei Williams. Gabriel has been a respectful child and now adult. He has attempted over his lifetime to provide a good life for the mother of his child and her three children. He has trained in at least two skills (Cooking School & the Construction Industry). He did well in both. He has always attempted to better himself in life.

I know of no incidences in life where he has brought physical harm to family and friends. It is in his nature to be gentle, helpful and aware of the needs of others. He is not a violent person. He is more apt to be one to avoid a harmful situation than to be an aggressor in any.

My son has always proven to be reliable and trustworthy as to any promise he has ever made. I know if released he will always come back to court when required, and honor any release conditions imposed by the court.

Sincerely,

Prem Deben Williams
Father

April 10, 2006

**HONORABLE JUDGE OF THE DISTRICT COURT or
TO WHOM IT MAY CONCERN:**

My name is Bernice Jeffries (Williams) Perkins and I am the mother of Gabriel Maa kwei Williams. I would like you to know the character of the son that I raised and the man that I believe him still to be today.

**Gabriel is kind and gentle:** You won't hear him speaking ill of another because he realizes he doesn't know that person's entire story. He chooses to think the best of another; giving them the benefit of the doubt.

**Gabriel is loving and tender:** He cares deeply about his family and friends. He is loyal to them. No one will ever be able to erase from my memory the picture of this big guy holding his tiny newborn son on his chest and verbalizing to me that he realized that he had taken part in a miracle of God, and his desire to be a good father to his son.

**Gabriel is generous to a fault:** Always thinking of the other person; seeing their plight and wanting to help make it better for them; almost feeling a responsibility to do so.

**Gabriel is an intelligent and hard worker:** After high school graduation, worked for Camco Construction Company and learned window replacement and other construction skills, studied hard and graduated from culinary school; catered private parties; he and partner started a towing business and of late had been investigating a career in real estate.

**Gabriel is genuine and true to his word.** Even as a small child, Gabriel would not tell a lie, even if it meant getting a spanking. He has never been violent and is most respectful. He does not run away from responsibilities.

Based on these characteristics, I ask the Court to allow Gabriel out on bail, with the money posted acting as assurance that he will comply with every requirement; make every meeting, answer every request. I know he will do whatever is necessary to prove to the Court that he is worthy of this trust.

Thanking you in advance,

*Bernice J. Perkins*

Bernice Jeffries Perkins
16 Tioken Road
Hillcrest, New York 10977

**To whom it may concern,**

My name is Jeanine Kwankam. I grew up in Silver Spring Maryland. I attended Tacoma Park Middle School, attended Springbrook high school and graduated with a diploma in 1992. I met Mr. Gabriel Williams while I was a junior in high school. As the years went by, we kept in touch and some time during the weekend, we would all get together and socialize. We got holder, saw less of each other due to college and mature responsibilities. I was attending college to be nurse. I am now a nurse and still attending school to get the highest degree possible in nursing. Even though we saw less of each other, we still kept in touch. I did not have an older brother or father, so Mr. Williams became my older brother. Whenever I needed advice about dating or, any other concerns that required older brotherly advice, he would not hesitate. The recent thing I can remember, was when my mother needed some help with her car, I did not know whom to contact since I was not around. Mr. Williams rushed to my mother's rescue before she could wonder around looking for help. I have always known Mr. Williams to be a loving, giving and kind person. I can be annoying at times, well, most of the time. I would go over his house at any time and walk straight into the kitchen if he was home, and without permission, I would fix something to eat. I knew it bothered Mr. William; he just smiled and advised me to find a better use for my time. These are just some of the few examples that describe Gabriel William. He is person who would drop everything at any moment's notice to be there for a good friend or family. Gabriel William is the only older brother I have.

P.S. I thank you for taking the time to read this letter.

Sincerely,

Jeanine Kwankam, GNA



March 21, 2006

To Whom It May Concern:

### Re: Character Reference – Gabriel Williams

I am very pleased to have the opportunity to write this letter of reference for Gabriel Williams. I have known Gabriel for the last 13 years as he has evolved from a student into the entrepreneur he is today.

As a student, Gabriel was hard-working and highly committed to his education. I believe that his excellent transcripts and recommendations from his teachers and fellow students will attest to that fact as will his good relationships with many of the restaurateurs in the Washington, DC Metropolitan area.

As a member of his community, Gabriel has always been a team player, always making sure those who were less fortunate than himself had what they needed. In the form of a warm meal, a kind word or a helping hand, Gabriel is always willing to assist anyone – young or old – never looking for anything in return.

As a friend, Gabriel is a standout. He is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective. He is a great direct communicator and knows how to raise and discuss common living issues and problems in a non-threatening manner. He is hyper-sensitive and is always tuned into how another person might "feel" in a given situation. He likes to have fun too and his smile and sense of humor are, in my opinion, two of his most endearing qualities shadowed only by his commitment to his son.

To tell the truth, I really can't think of anything of consequence on the negative side of the personality ledger when it comes to Gabriel. All in all, I would have to say that Gabriel Williams is a fine, well-balanced person with an abundance of positive qualities.

Sincerely,

Gail L. Earle

AARP, State and National Initiatives

National Office | 601 E Street, NW | Washington, DC 20049 | 202-434-2277 | toll-free 888-OUR-AARP (888-687-2277)
toll-free TTY 877-434-7598 | Marie F. Smith, President | William D. Novelli, Chief Executive Officer | www.aarp.org

March 29, 2006

Honorable Richard Leon
United States District Judge
United States District Court
For the District of Columbia

Your Honor:

I am Bhikshuni Diane Wilson, A Buddhist nun who has known Gabriel Williams through my son for about 10 years. A year ago, I had an opportunity to sit with him during a wedding I was performing and I asked him how his life was going. He shared a clear vision for the future and excitedly told me about his plans to open a business. I encouraged him to not give up on his dream. Just a few months ago, he realized those plans. He studied very hard to pass the exam necessary for his license.

I have know him only to be a very kind, considerate, responsible and accountable individual all these years. I offer this letter not only as an upstanding member of this community – but as a personal friend that knows him.

Sincerely,


Venerable Diane Wilson, PhD
Bhikshuni
16108 Alderwood Lane
Bowie, MD 20716

7237 Morrison Drive
Greenbelt, MD 20770

March 22, 2006

To Whom It May Concern:

I am writing on behalf of my very good friend, Gabriel M. Williams, whom I have known for approximately six years. Since the day I met Gabriel, he has been nothing but a shining light in my life as he is to anyone who has ever had the pleasure of meeting him.

He has personally been a shoulder to lean on and a good listener when I have dealt with life's struggles. Along with being a model friend, Gabriel is an extremely dedicated family man, is dependable, responsible, worldly, honest, a joy to be around and is an entirely peace-loving person.

His family and friends love him dearly, and with his training, skills and aspirations, he has a lot of good to offer to society.  I hope that the court will take all of this into consideration and we hope to be reunited with him soon.

I'm happy to provide further information if necessary.


Sincerely,

Latif Lewis

March 10, 2006

M E M O R A N D U M

      TO:    TO WHOM IT MAY CONCERN

  FROM:   Debera K. Morman

      RE:    Gabriel M. Williams
            SS#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

I have known Mr. Williams since he began working for Camco Construction Services, Inc. The first time from March 19, 1992 to April 4, 1993 then again from January 14, 1994 to February 21, 1995. During that time I found him to be very mannerable and pleasant. He was a good and reliable employee who was willing and eager to learn the trade of window installer.

I haven't seen Gabriel for some time but every now and then he'll call just to say hello and see how I'm doing as well catch up on what's going on in the company.

Please feel free to give me a call if you need additional information at 301 -699-0529.

March 22, 2006

To Whom It May Concern:

This letter is in reference to the character of my Brother, Gabriel Williams. My Brother has always been a great support to our family. Even in the neighborhood where we grew up, he has always helped out people less fortunate then himself and offered advice to younger people in our neighborhood. He is a great uncle to his nephews and has been a wonderful inspiration to our family. When our Father was sick, my Brother was the one who took care of the bills for us, when we were unsure on how to pay them. He was also there with financial help for my other nephew who has Cerebral Palsy and allowed my Sister some relief with the burden of paying these high medical bills.

Gabriel has always been the rock in which my family has stood tall on. You always love and support your family, even in times of despair. But my Brother, deserves my unconditional love because of who he is and what he has done for all of us.

Sincerely,

David A. Williams

3/29/2006


Honorable Richard Leon
United States District Judge
United States District Court
For the District of Columbia


Your Honor,

My name is James Stroy. I have owned and operated a retail business (Ballooncrafts) in
the District of Columbia since 1996. My company creates balloon and floral decorations
for several U.S. Government agencies as well as D.C. Government agencies including
The Office of Personnel Management, U.S. Dept. of Education, and D.C. Public Schools,
to name a few. I am also a Mortgage Loan Consultant for Washington Mutual Home
Loans in Fairfax, VA.

Gabriel Williams has been my neighbor for over 15 years and my friend for 10 years.
Over the last few years, we have become better acquainted and I discovered that we share
several common interests. He would periodically ask my opinion regarding business
ventures that appealed to him. Though he didn't seem to take my advice on many, He
did allow me to assist him with his first real estate purchase, which I'm sure he'll agree,
was the soundest investment he has yet made.

Gabriel is a very fun loving, thoughtful, and generous person. I have never witnessed nor
heard rumors of Gabriel ever blatantly doing harm or mistreating anyone. He is a
jokester and very intelligent. He is hungry for knowledge and inner peace. He is my
friend.

Thank you for your consideration.


Sincerely,

James Stroy

7237 Morrison Drive
Greenbelt, MD 20770

March 28, 2006

To Whom It May Concern:

I am writing on behalf of my very good friend, Gabriel M. Williams, whom I have known for approximately six years. Since the day I met Gabriel, he has been nothing but a shining light in my life as he is to anyone who has ever had the pleasure of meeting him.

He has personally been a shoulder to lean on and a good listener when I have dealt with life's struggles. Along with being a model friend, Gabriel is an extremely dedicated family man, is dependable, responsible, worldly, honest, a joy to be around and is an entirely peace-loving person.

His family and friends love him dearly, and with his training, skills and aspirations, he has a lot of good to offer to society.  I hope that the court will take all of this into consideration and we hope to be reunited with him soon.

I'm happy to provide further information if necessary.


Sincerely,

Latif Lewis

March 28, 2006

Dear Judge Leon:

My name is Tonyia Ryland, currently an Office Manager at the Library of Congress for which I have been working for a little more than 20 years. I have known and have been friends with Gabriel for 20+ years, our families lived in the same neighborhood, so we grew up as neighborhood friends. Even though I am older than Gabriel, he is like a big brother to me. Personally, I have never seen Gabriel angry. He is always jovial, in a good mood. I don't believe that Gabriel is a danger to society, he is one of the most kind hearted, giving, reliable and trustworthy people that I know. Gabriel has a good heart, he likes throwing cookouts and doesn't mind feeding the homeless or those down and out in the neighborhood. I don't think that he would risk not being able to see or be with his son by skipping bail. His son is his heart. That is why I believe that Gabriel is not a flight risk and if released on bail, he will appear in court when the date comes.

Sincerely,

*Tonyia L. Ryland*

Tonyia L. Ryland

The Honorable Richard Leon
U.S. District Judge
Washington, D.C.

3/25/06

CHARACTER REFERENCE:

To Whom it may Concern; My
NAME is ADA Keaton. I'am a Friend of Gabriel
Williams, I have known him for more than 20 years
of my life time. I'm a resident of the District
of Columbia; my job title is a letter Carrier, I
have been on this job for twenty years. It was brought
to my attention that HE was in need of a letter about
his reputation. I was told that he was arrested, and
could not be released because of a clause in judgement, that
he is a menace to society. That is not true; He is a
person of honesty, good integrity and loyalty to anyone he
comes in contact with. I me know under circumstances will he
to harm to you or anyone else, if you know him. He also
is the most kind and generous person you could want to
meet and know. Never have, I ever seen him retaliate
towards anyone because of injustice. If there was a person
you would want to know and have as a friend, it would
be him. I know he would not be a flight risk to
anyone, because that is the man, I grew up to know.

Ada Keaton

March 30, 2006


11202 Champlain Circle
Bowie, MD 20720


Honorable Richard Leon
United States District Judge


Dear Judge Leon:
My name is Wayne Mulzac, a simple, honest family man. I work fourteen hours per day
as a cab driver to provide for my family. I write to you today on behalf of Gabriel
Williams and plead with you for leniency; that you may temper justice with mercy.

I have known Gabriel for many years and have counseled with him on many occasions.
Like most of the neighborhood kids, Gabriel has made his share of mistakes. But I have
never seen him display aggression, nor have I heard him speak in hateful terms.

He recently spoke to me about getting into the limousine business and has begun the
process of owning and operating a limousine. I don't see Gabriel as a risk or as a burden
to society.

I thank you for reading and considering my thoughts,


Respectfully,

Wayne Mulzac

Tamar S. Anthony
910 48th Place NE
Washington, DC 20019
(202)396-1803

April 11, 2006

Honorable Richard Leon
United States District Judge
United States District Court
For the District of Columbia

Dear Honorable Richard Leon:

Hello my name is Tamar Anthony, I'd like to express my concern for Gabriel Williams, and offer a character reference. I consider myself to have a pretty good judgment of character; I work hard as a waitress and a full time graduate student at Johns Hopkins University.

I met Gabe about 4 years ago at Ruth's Chris Steakhouse, where I work. Of the many guests I meet daily, Gabe is one that turned to friend. Gabe stood out because he was very respectful, courteous and generous. I like how attentive he is to my goals and he is sincere when he interacts with others.

Gabe is very positive and often shares his words of encouragements when he sees fit. I don't see Gabe as a danger to his community. I view him as a good person that, if the opportunity was introduced, can use his good character and nature to serve and touch the people of his community.

Thank you for you time and your consideration,

Tamar Anthony