11/16/2007  16:34    2025446332          DANTUONO LAW FIRM                    PAGE  01

HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT                        **FILED**
FOR THE DISTRICT OF COLUMBIA
                                                    JAN 4 - 2008

UNITED STATES OF AMERICA        :    **Docket No.: 06-060-01**
                                :                         NANCY MAYER WHITTINGTON, CLERK
                   vs.          :    SSN: **N/A**             U.S. DISTRICT COURT
                                :
WILLIAMS, Gabriel M.            :    **Disclosure Date:  October 29, 2007**

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further
acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( √ )    There are no material/factual inaccuracies therein.

(   )    There are material/factual inaccuracies in the PSI report as set forth in the
         attachment herein.

_____          _11/16/07_____
**Prosecuting Attorney**                           **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( V )    There are no material/factual inaccuracies therein.

(   )    There are material/factual inaccuracies in the PSI report as set forth in the
         attachment.

_____11/16/07_____          _____ 11/16/07_____
**Defendant**        **Date**                **Defense Counsel**      **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **November 12, 2007**, to U.S. Probation Officer **Kelli
Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
**By:Gennine A. Hagar, Chief**
United States Probation Officer

**Receipt and Acknowledgment**                                                          **Page 2**

Signed by:    _____

                              **(Defendant/Defense Attorney/AUSA)**

Date:    _____